**FG HEMISPHERE ASSOCIATES LLC, Plaintiff–Appellee**

v.

**REPUBLIQUE DU CONGO, Defendant–Appellant**

**CMS Nomeco Congo Inc; Nuevo Congo Co; Nuevo Congo Ltd, Garnishees–Appellants.**

**No. 06–20030.**

United States Court of Appeals, Fifth Circuit.

Decided Dec. 18, 2006.

Dillon James Ferguson, Andrews & Kurth, Andrew L. Jefferson, Jr., Jefferson & Mims, Houston, TX, Bradford A. Berenson, Sidley Austin, Washington, DC, Robert Nathan Hochman, Kristen R. Seeger, Sidley Austin, Chicago, IL, for Plaintiff–Appellee.

Guy Stanford Lipe, Vinson & Elkins, Houston, TX, for Garnishees–Appellants.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.[1]

PER CURIAM:

IT IS ORDERED that appellee's unopposed motion to remand this case to the United States District Court for the South-

---

ern District of Texas, Houston, is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion requesting this Court to enter an order reversing the district court's orders of 9/15/05 is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion directing the district court to dissolve those writs of garnishments is GRANTED.

FG HEMISPHERE ASSOCIATES LLC, Plaintiff–Appellee

v.

The REPUBLIQUE DU CONGO, Defendant–Appellant

CMS Nomeco Congo Inc; Nuevo Congo Co; Nuevo Congo Ltd, Garnishees–Appellants.

No. 06–20027.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 18, 2006.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.[1]

PER CURIAM:

IT IS ORDERED that appellee's unopposed motion to remand this case to the United States District Court for the Southern District of Texas, Houston, is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion requesting this Court to enter an order reversing the district court's orders of 9/15/05 is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion directing the district court to dissolve those writs of garnishments is GRANTED.

---

1. Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.